| | |
|---|---|
| 1 | ANNE M. BEVINGTON (SBN 111320) |
| 2 | TINO X. DO (SBN 221346)<br>SALTZMAN & JOHNSON LAW CORPORATION |
| 3 | 1141 Harbor Bay Parkway, Suite 100<br>Alameda, CA 94502 |
| 4 | Telephone: (510) 906-4710 |
| 5 | abevington@sjlawcorp.com<br>tdo@sjlawcorp.com |
| 6 | Attorneys for Plaintiffs, California Service |
| 7 | Employees Health & Welfare Trust Fund et al. |
| 8 | ROB BONTA<br>Attorney General of California |
| 9 | MIGUEL A. NERI |
| 10 | Supervising Deputy Attorney General<br>MICHAEL PURCELL |
| 11 | Deputy Attorney General<br>State Bar No. 229506 |
| 12 |   1515 Clay Street, 20th Floor<br>  P.O. Box 70550 |
| 13 |   Oakland, CA 94612-0550<br>  Telephone: (510) 879-1300 |
| 14 |   Fax: (510) 622-2270<br>  E-mail: Michael.Purcell@doj.ca.gov |
| 15 | *Attorneys for Defendant*<br>*2nd District Agricultural Association* |
| 16 | Attorneys for Defendant, 2nd District Agricultural Association |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SERVICE EMPLOYEES HEALTH & WELFARE TRUST FUND, et al.,<br><br>      Plaintiffs,<br><br>   v.<br><br>2nd DISTRICT AGRICULTURAL ASSOCIATION, a/k/a SAN JOAQUIN COUNTY FAIR, a California State Agency,<br><br>      Defendant. | Case No. 21-cv-01173-WHO<br><br>**JOINT STIPULATION FOR VOLUNTARY DISMISSAL** |

1

PLEASE TAKE NOTICE THAT pursuant to F.R.C.P. Rule 41(a)(1)(ii), Plaintiffs California Service Employees Health & Welfare Trust Fund et al., and Defendant 2nd District Agricultural Association, a/k/a San Joaquin County Fair, by and through their respective counsel of record, reached a resolution and stipulate to the voluntary dismissal of this action, in its entirety, with prejudice. Each party to bear their own legal fees and costs.

DATED: October 28, 2021

SALTZMAN & JOHNSON
LAW CORPORATION

By: _____/S/_____
Tino X. Do
Attorneys for Plaintiffs

DATED: October 28, 2021

By: _____/S/_____
Rob Bonta
Attorney General of California
Miguel A. Meri
Supervising Deputy Attorney General
Michael Purcell
Deputy Attorney General
Attorneys for Defendant

IT IS ORDERED.

This case is hereby dismissed without prejudice, and the calendar herein is vacated.

DATED: _____, 2021

_____
U.S. District Judge William H. Orrick

## CERTIFICATION RE: SIGNATURES

I attest that concurrence in the filing has been obtained from the other Signatory.

DATED: October 28, 2021

By:       /S/
      Tino X. Do