ANNE M. BEVINGTON (SBN 111320)
TINO X. DO (SBN 221346)
SALTZMAN & JOHNSON LAW CORPORATION
1141 Harbor Bay Parkway, Suite 100
Alameda, CA 94502
Telephone: (510) 906-4710
abevington@sjlawcorp.com
tdo@sjlawcorp.com

Attorneys for Plaintiffs, California Service Employees Health & Welfare Trust Fund et al.

ROB BONTA
Attorney General of California
MIGUEL A. NERI
Supervising Deputy Attorney General
MICHAEL PURCELL
Deputy Attorney General
State Bar No. 229506
  1515 Clay Street, 20th Floor
  P.O. Box 70550
  Oakland, CA  94612-0550
  Telephone:  (510) 879-1300
  Fax:  (510) 622-2270
  E-mail:  Michael.Purcell@doj.ca.gov
*Attorneys for Defendant*
*2nd District Agricultural Association*
Attorneys for Defendant, 2nd District Agricultural Association

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

1

**JOINT STIPULTION FOR VOLUNTARY DISMISSAL**
Case No. 21-cv-01173-WHO

| | |
|---|---|
| CALIFORNIA SERVICE EMPLOYEES HEALTH & WELFARE TRUST FUND, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>2nd DISTRICT AGRICULTURAL ASSOCIATION, a/k/a SAN JOAQUIN COUNTY FAIR, a California State Agency,<br><br>　　　　Defendant. | Case No. 21-cv-01173-WHO<br><br>**JOINT STIPULATION FOR VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE THAT pursuant to F.R.C.P. Rule 41(a)(1)(ii), Plaintiffs California Service Employees Health & Welfare Trust Fund et al., and Defendant 2nd District Agricultural Association, a/k/a San Joaquin County Fair, by and through their respective counsel of record, reached a resolution and stipulate to the voluntary dismissal of this action, in its entirety, with prejudice. Each party to bear their own legal fees and costs.

DATED: October 28, 2021      SALTZMAN & JOHNSON
                             LAW CORPORATION

                        By:        /S/
                             Tino X. Do
                             Attorneys for Plaintiffs

DATED: October 28, 2021

                        By:        /S/
                             Rob Bonta
                             Attorney General of California
                             Miguel A. Meri
                             Supervising Deputy Attorney General
                             Michael Purcell
                             Deputy Attorney General
                             Attorneys for Defendant

IT IS ORDERED.

This case is hereby dismissed without prejudice, and the calendar herein is vacated.

DATED:  October 28, 2021

_____
U.S. District Judge William H. Orrick

1  
2  
3  
4  
5  
6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

<u>CERTIFICATION RE: SIGNATURES</u>

I attest that concurrence in the filing has been obtained from the other Signatory.

DATED: October 28, 2021

By: _____/S/_____
　　　　Tino X. Do